IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUL 1 1 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| WELLINGTON PLACE HOMEOWNERS ASSOCIATION, | CV 17-88-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

On May 30, 2018, after being notified that the parties had reached a settlement, the Court ordered the parties to file a stipulation of dismissal together with a proposed order within 30 days. The parties have not filed a stipulation of dismissal. Therefore,

IT IS HEREBY ORDERED that the parties shall file either a status report or a stipulation of dismissal by **July 31, 2018.**

DATED this _11th_ day of July, 2018.

SUSAN P. WATTERS
United States District Judge

1