
# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

WELLINGTON PLACE
HOMEOWNERS ASSOCIATION,

Plaintiff,

vs.

MOUNTAIN WEST FARM BUREAU
MUTUAL INSURANCE COMPANY,

Defendant.

CV 17-88-BLG-SPW

ORDER DISMISSING WITH
PREJUDICE

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 27), by and

between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED

WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this _25th_ day of July, 2018.

Susan P. Watters
U. S. DISTRICT JUDGE

1